UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PRISCILLA MATTHEWS, | Case No. 06-11618 |
| Plaintiff, | DISTRICT JUDGE<br>ARTHUR J. TARNOW |
| v. | |
| MICHAEL BAUMHAFT, et al., | MAGISTRATE JUDGE<br>VIRGINIA M. MORGAN |
| Defendant. | |
| _____/ | |

**ORDER ADOPTING REPORT AND RECOMMENDATION [DE 44], AND GRANTING DEFENDANT'S MOTIONS TO DISMISS [DE 12]**

Before the Court is Defendant Countrywide Home Loans, Inc.'s motion to dismiss [DE 12], as well as the Magistrate Judge's Report and Recommendation [DE 44] recommending that it be granted, on which the Court heard oral argument March 27, 2007. No objections were filed to the Report and Recommendation.

The Court has reviewed the Report and Recommendation, as well as the relevant pleadings, and agrees with the Report and Recommendation. Therefore,

IT IS HEREBY ORDERED that Report and Recommendation [DE 44] be ADOPTED as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Defendant's motion to dismiss [DE 12] is GRANTED.

*Matthews v. Baumhaft*
Case No. 06-11618

SO ORDERED.

        s/Arthur J. Tarnow
        Arthur J. Tarnow
        United States District Judge

Dated: March 28, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 28, 2007, by electronic and/or ordinary mail.

        s/Theresa E. Taylor
        Case Manager