UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRISCILLA MATTHEWS,  				Case No. 06-11618

    Plaintiff,				DISTRICT JUDGE
						ARTHUR J. TARNOW
v.
						MAGISTRATE JUDGE
MICHAEL BAUMHAFT, et al.,			VIRGINIA M. MORGAN

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [DE 56], AND DENYING DEFENDANTS' MOTIONS TO DISMISS [DE 6, DE 11]

Before the Court are two motions to dismiss, and the Magistrate Judge's Report and Recommendation that they be denied, on which the Court heard oral arguments March 27, 2007. The two motions were brought by defendants Ronald Rahal, Market Value Appraisals LLC, and Market Value Appraisals, Inc. [DE 6], and by defendants Michael Baumhaft, Universal Homes LLC, and Midwest Express Funding, Inc. [DE 11]. The two motions were joined by defendants Barry Rogow, Jody Klask Rogow, Samuel Bell, Exact Title LLC, and Real Financial LLC [DE 23]. The Court has reviewed the pleadings, the Report and Recommendation and objections thereto, and oral arguments. The Court agrees with the Report and Recommendation. Therefore,

IT IS HEREBY ORDERED that Report and Recommendation [DE 56] be ADOPTED as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Defendants' motions to dismiss [DE 6 and

DE 11] are DENIED as to all defendants.

SO ORDERED.

s/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge

Dated: March 28, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 28, 2007, by electronic and/or ordinary mail.

s/Theresa E. Taylor
Case Manager